707 A.2d 1129

**Roger BUEHL, Appellant,**

v.

**Martin HORN, Commissioner, of the Department of Corrections et al., Appellees.**

Supreme Court of Pennsylvania.

Feb. 25, 1998.

550

## *ORDER*

PER CURIAM:

AND NOW, this 25th day of February, 1998, the Motion for Oral Argument is denied and the Order of the Commonwealth Court is affirmed. *See Feigley v. Jeffes,* 104 Pa.Cmwlth. 540, 522 A.2d 179 (1987).